1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:  650.988.8500
    Facsimile:  650.938.5200
6
    TYLER G. NEWBY (CSB No. 205790)
7   tnewby@fenwick.com
    JENNIFER J. JOHNSON (CSB No. 252897)
8   jjjohnson@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone: 415.875.2300
    Facsimile:  415.281.1350
11
    Attorneys for Defendant
12  Carrier IQ, Inc.

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16

17  SAM STOLTENBURG and AMBER           Case No.: 11-cv-06160-PSG
    WESTENBERGER, on behalf of themselves and
18  all others similarly situated,       [~~PROPOSED~~] ORDER GRANTING
                                         STIPULATION RE CONTINUANCE
19              Plaintiff,               OF TIME FOR DEFENDANT TO
                                         RESPOND TO COMPLAINT AND
20        v.                             CONTINUANCE OF CASE
                                         MANAGEMENT CONFERENCE AND
21  CARRIER IQ, INC.; LG ELECTRONICS     [~~PROPOSED~~] ORDER EXTENDING
    U.S.A., INC., LG ELECTRONICS         TIME TO RESPOND TO COMPLAINT
22  MOBILECOMM U.S.A., INC., and LG
    ELECTRONICS MOBILE RESEARCH U.S.A.,
23  LLC,

24              Defendants.

25         Pursuant to stipulation, it is SO ORDERED.

26

27  Dated: January 25, 2012

28                                       _____
                                         Honorable Paul Singh Grewal
                                         United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW