RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAM STOLTENBURG and AMBER WESTENBERGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER IQ, INC.; LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., and LG ELECTRONICS MOBILE RESEARCH U.S.A., LLC,<br><br>Defendants. | Case No.: 3:11-cv-06160-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE** |

Pursuant to stipulation, it is HEREBY ORDERED:

1.  The date set for ADR certification and selection is continued until further order from this Court.

[PROPOSED] ORDER                                                                Case No. 3:11-cv-06160-EMC

1      2. This Stipulation does not constitute a waiver by Carrier IQ or the LGE Defendants
2 of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of
3 subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

Dated: 4/24/12

Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen