**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel:  650-328-8500
Fax: 650-328-8508

**GREENBERG TRAURIG, LLP**
Jeff E. Scott (SBN 126308)
*ScottJ@gtlaw.com*
Lori Chang (SBN 228142)
*ChangL@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:  310-586-7700
Fax: 310-586-7800

Attorneys for defendant LG Electronics MobileComm U.S.A., Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION<br><br>[This Document Relates to<br>Case Nos. 3:11-cv-06160-EMC;<br>3:11-cv-06199-EMC] | Case No.:  3:12-md-02330-EMC<br>  and C11-6160 and C11-6199 EMC<br><br>**STIPULATION TO SUBSTITUTE COUNSEL AND [PR~~O~~OPOS~~E~~D] ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant LG Electronics MobileComm U.S.A., Inc. hereby substitutes Jeff E. Scott, Ian C. Ballon, and Lori Chang of Greenberg Traurig, LLP as its attorneys of record in the above-captioned action in place of its present counsel, James Donato and Jiyoun Chung of Shearman & Sterling LLP.  Mr. Donato, Ms. Chung, and Shearman & Sterling LLP hereby withdraw as counsel for defendant LG Electronics MobileComm U.S.A., Inc. in this matter.

Pursuant to Civil Local Rule 11-5, Jeff E. Scott, Ian C. Ballon, and Lori Chang of Greenberg Traurig, LLP hereby request that the Court approve this substitution, and further request that all notices, filings, and all other documents be served upon counsel at the addresses set forth below:

**GREENBERG TRAURIG, LLP**
Ian C. Ballon
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel:  650-328-8500
Fax: 650-328-8508

**GREENBERG TRAURIG, LLP**
Jeff E. Scott
ScottJ@gtlaw.com
Lori Chang
ChangL@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:  310-586-7700
Fax: 310-586-7800

We hereby agree to the foregoing substitution.

DATED:  February 4, 2014	GREENBERG TRAURIG, LLP
	JEFF E. SCOTT
	IAN C. BALLON
	LORI CHANG

	By:   /s/  Jeff E. Scott
	        Jeff E. Scott

*(Signatures Continued on Next Page)*

1 | I hereby agree to the foregoing substitution.

2 | DATED:  February 4, 2014				SHEARMAN & STERLING LLP
						James Donato
						Jiyoun Chung

						By:   /s/  James Donato
						        James Donato
						Four Embarcadero Center, Suite 3800
						San Francisco, CA 94111-5994
						Tel: 415-616-1100

						Email: James.Donato@Shearman.com

9 | I hereby agree to the foregoing substitution.

10 | DATED:  February 4, 2014			LG ELECTRONICS MOBILECOMM U.S.A., INC.

						By:   /s/  Soonah Ju
						        Soonah Ju

I, Jeff E. Scott, am the ECF user whose ID and password are being used to file this **STIPULATION TO SUBSTITUTE COUNSEL AND [PROPOSED] ORDER**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED:  February 4, 2014				GREENBERG TRAURIG, LLP

						By:   /s/  Jeff E. Scott
						        Jeff E. Scott

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated:  ____2/7_____ 2014		_____
						Honorable Edward M. Chen
						United States District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION TO SUBSTITUTE COUNSEL AND [PROPOSED] ORDER
Case No.  3:12-md-02330-EMC